September 11, 2012



# JUDGMENT

# The Fourteenth Court of Appeals

HECTOR GAINES BARKLEY, III, Appellant

NO. 14-11-00941-CV                          V.

TEXAS WINDSTORM INSURANCE ASSOCIATION, Appellee

_____

Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on September 22, 2011. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Hector Gaines Barkley, III.

We further order this decision certified below for observance.